UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing is cancelled.==

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:06-cr-00198 |
| | ) | Judge Trauger |
| | ) | |
| JAMAL COOPER | ) | |

### GOVERNMENT'S MOTION TO DISMISS
### PETITION TO REVOKE SUPERVISED RELEASE

COMES NOW the United States of America, by and through its counsel, David Rivera, United States Attorney for the Middle District of Tennessee, and Scarlett M. Singleton, Assistant United States Attorney, and, respectfully moves this Honorable Court to dismiss the petition to revoke supervised release pending in this case. The pending petition is based primarily on new criminal charges brought against the defendant in state court. Those charges were dismissed on November 26, 2013. The undersigned has consulted with the United States Probation Officer assigned to the case and the Probation Office does not object to the dismissal of the petition. The government notes that there is a hearing set before the Court in this matter on December 4, 2013.

Respectfully submitted this the 2nd day of December, 2013.

DAVID RIVERA
United States Attorney

*s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant United States Attorney

## Certificate of Service

I hereby certify that on December 2, 2013, a true and exact copy of the foregoing document was delivered via the Court's electronic case filing system to David Baker, Assistant Federal Public Defender, attorney for defendant.

*s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant United States Attorney
